

**DAVID DICK**
Process Server
P.O. Box 94032
Oklahoma City, OK 73143
(405) 209-4673

*servedbydavid@yahoo.com*

CJ-2022-5399

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

NOV - 7 2022

RICK WARREN
COURT CLERK

### RETURN OF SERVICE

David Dick, of lawful age, being first duly sworn upon oath, deposes and states: That I am a Private Process Server, pursuant to 12 O.S., Section 158.1; that I received the following process for service, to wit:

1. PETITION
2. ENTRY OF APPEARANCE
3. SUMMONS

THAT SAID PROCESS WAS SERVED AS FOLLOWS:

**USUAL PLACE OF RESIDENCE:** By leaving a true and correct copy of said process for ROSIE ANDERSON at 106 LONDON LANE, MIDWEST CITY, Oklahoma, which is his and/or her usual place of residence, with UNKNOWN MALE (would not provide his name), a person residing therein, who is at least 15 years of age or older, on the 3 day of NOVEMBER, 2022.

DAVID DICK    PSS-2021-27

SUBSCRIBED AND SWORN TO before me this 4th day of NOVEMBER, 2022.

NOTARY PUBLIC

(Notary Seal: DAWANA HARVEY, #19001763, EXP. 02/19/23, STATE OF OKLAHOMA)

**EXHIBIT 5**

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
## STATE OF OKLAHOMA

(1) ROBERT LEE MOORE, JR., )
)
(2) JACQUELYNN AYERS, )
)
(3) BREON KATRELL SMITH, )
)
(4) MICHAELA DE'JON LEWIS )
)
          Plaintiffs, )
)
v. ) CJ-2022-5399
) CASE NO: _____
(1) OKYLP OKLAHOMA YOUTH LITERACY )
PROGRAM, INC., a/k/a OKLAHOMA )
YOUTH LITERACY PROGRAM I, an Oklahoma )
Domestic not-for-profit corporation, )
)
(2) IMPACT ATHLETICS, INC, an Oklahoma )
domestic not-for-profit corporation, )
)
(3) GINA DARBY, an individual, )
)
(4) MILEN DARBY, SR., an individual, )
)
(5) ROSIE ANDERSON, an individual, )
)
          Defendants. )

## SUMMONS

To: Rosie Anderson
106 London Lane
Midwest City, Oklahoma 73110

    You have been named as a Defendant or a party in the above-captioned matter, and you are directed to file a written answer to the attached Petition with the Court at the above address within twenty (20) days after the service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.

1

Unless you answer the petition within the time stated, judgment will be rendered against you with the costs of the action.

RICK WARREN
Court Clerk

By: _____
Deputy Court Clerk   Nov 2, 2022
(SEAL)

Attorneys For Petitioner:

Kwame T. Mumina, OBA # 10415
The Law Offices of Green, Johnson & Mumina & D'Antonio
4101 Perimeter Center Building
4101 Perimeter Center Drive, Suite 110
Oklahoma City, Oklahoma 73112
Telephone:   (405) 702-7228
             (405) 702-6898
Email:       kmumina@gjmlawyers.com

**<u>YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT FOR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSER MAY BE FILED WITHIN THE TIME LIMITED STATED IN THIS SUMMONS.</u>**

_____
Kwame T. Mumina