IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROBERT LEE MOORE, JR.,<br><br>(2) JACQUELYNN AYERS,<br><br>(3) BREAON KATRELL SMITH,<br><br>(4) MICHAELA DE'JON LEWIS,<br>　　　Plaintiffs,<br><br>v.<br><br>(1) OKLYP OKLAHOMA YOUTH LITERACY PROGRAM, INC. a/k/a OKLAHOMA YOUTH LITERACY PROGRAM I, an Oklahoma domestic not-for-profit corporation<br><br>(2) IMPACT ATHLETICS, INC., and Oklahoma not-for-profit corporation<br><br>(3) GINA DARBY, an individual,<br><br>(4) MILEN DARBY, Sr., and individual, and<br><br>(5) ROSIE ANDERSON, an individual,<br>　　　Defendants. | Case No. 5:22-cv-01025 |

## DEFENDANT IMPACT ATHLETICS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1(a), Defendant, Impact Athletics, Inc., by and through its counsel, states that it does not have any parent corporation and that there is no publicly held corporation that owns ten percent or more of its stock.

1

Respectfully submitted,

By:
    *s/ Lindsay N. Kistler*
    Lindsay N. Kistler, OBA #32814
    **KISTLER LEGAL GROUP PLLC**
    2712 NW 55th Terrace
    Oklahoma City, OK 73112
    Telephone: (405) 310-9209
    Facsimile: (405) 561-4003
    Email: lindsay@kistlerlegalgroup.com
    **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Kwame T. Mumina, OBA #10415
GREEN JOHNSON MUMINA & D'ANTONIO
4101 Perimeter Center Complex, Suite 110
Oklahoma City, Oklahoma 73112
Telephone: (405) 702-7228
Facsimile: (405) 702-6898
Email: kmumina@gimlawyers.com

                                        *s/ Lindsay N. Kistler*