**Oklahoma Youth Literacy Program**

P.O Box 17433
Oklahoma City, OK 73117   405.822....

### Notice of Payroll Delay

To Whom It May Concern:

We regret to inform you that paychecks will be delayed and have been delayed since 10/07/2021, due to complications with our current funding. This matter will be settled as soon as possible, and paychecks will be issued once funds have been released.

Please be patient with us as we work to resolve this matter, and again I apologize for the delay. If you have any questions or concerns, please contact Human Resources at (405) 822-9900 or (405) 601-3055. We can also be reached at okylpokc@gmail.com.

Best Regards,

Gina Darby
Director of Operations
www.okylpOKC.org
info.okylpOKC.org
405.615.4799 (c)

PLAINTIFF'S EXHIBIT
1

"Cultivating Minds For A Brighter Future"