IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) ROBERT LEE MOORE, JR.,

(2) JACQUELYNN AYERS,

(3) BREON KATRELL SMITH,

(4) MICHAELA DE'JON LEWIS,

    Plaintiffs,

v.

(1) OKYLP OKLAHOMA YOUTH LITERACY PROGRAM, INC. a/k/a OKLAHOMA YOUTH LITERACY PROGRAM I, an Oklahoma domestic not-for-profit corporation,

(2) IMPACT ATHLETICS, INC., an Oklahoma domestic not-for-profit corporation,

(3) GINA DARBY, an individual,

(4) MILEN DARBY, Sr., an individual, and

(5) ROSIE ANDERSON, an individual,

    Defendants.

Case No. CIV-22-1025-R

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DISMISS

Defendants, OKYLP Oklahoma Youth Literacy Program, Inc. a/k/a Oklahoma Youth Literacy Program I, an Oklahoma domestic not-for-profit corporation, Impact Athletics, Inc., an Oklahoma domestic not-for-profit corporation, Gina Darby, an

individual, Milen Darby, Sr., an individual, and Rosie Anderson, an individual (collectively referred to as "Defendants"), by and through their undersigned counsel, hereby submit their Response to Plaintiffs' Motion for Order of Dismissal. [Dkt. No. 14.] In doing so, Defendants advise this Court that they consent to the dismissal of all of Plaintiffs' claims against all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Defendants ask that this Court enter an Order dismissing Plaintiffs' claims against Defendants without prejudice.

Respectfully submitted,

By:

*s/ Lindsay N. Kistler*
Lindsay N. Kistler, OBA #32814
**KISTLER LEGAL GROUP PLLC**
2712 NW 55th Terrace
Oklahoma City, OK 73112
Telephone: (405) 310-9209
Facsimile: (405) 561-4003
Email:  lindsay@kistlerlegalgroup.com

**ATTORNEY FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

    Kwame T. Mumina, OBA #10415
    GREEN JOHNSON MUMINA & D'ANTONIO
    4101 Perimeter Center Complex, Suite 110
    Oklahoma City, Oklahoma 73112
    Telephone: (405) 702-7228
    Facsimile: (405) 702-6898
    Email: kmumina@gimlawyers.com

*s/ Lindsay N. Kistler*