# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT LEE MOORE, JR.; ) | |
| JACQUELYNN AYERS; ) | |
| BREON KATRELL SMITH; ) | |
| MICHAELA DE'JON LEWIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. CIV-22-1025-R |
| ) | |
| OKYLP OKLHOMA YOUTH ) | |
| LITERACY PROGRAM, INC., a/k/a ) | |
| OKLAHOMA YOUTH LITERACY ) | |
| PROGRAM I, an Oklahoma domestic ) | |
| not-for-profit corporation; ) | |
| IMPACT ATHLETICS, INC., an ) | |
| Oklahoma not-for-profit corporation; ) | |
| GINA DARBY, an individual; ) | |
| MILAN DARBY, SR., an individual; and ) | |
| ROSIE ANDERSON, an individual, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs filed a Motion for Order of Dismissal [Doc. 14]. Defendants have responded, stating that they have no objection to the dismissal. For good cause, the Court grants the motion.

IT IS THEREFOR ORDERED that this action is dismissed without prejudice. Plaintiff's Motion to Stay Discovery [Doc. 17] is denied as moot.

IT IS SO ORDERED this 6th day of July 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE